United States District Court
Southern District of Texas
**ENTERED**
October 06, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JEAN MARCKY CIVIL, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-05271 |
| | § | |
| DHS - ICE, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER OF DISMISSAL AND CASE CLOSURE

The petitioner, Jean Marcky Civil, filed this petition to challenge his ongoing immigration detention. Respondents advise the Court that Petitioner was removed from the United States on September 18, 2026. Doc. Nos. 8, 8-1. Because Petitioner is no longer in custody and there is no viable controversy, his petition must be dismissed as moot. *See Spencer v. Kemna*, 118 S. Ct. 978, 983 (1998) (holding that a case becomes moot if it "no longer present[s] a case or controversy under Article III, § 2 of the Constitution" because "[t]he parties must continue to have a 'personal stake in the outcome' of the lawsuit'") (quoting *Lewis v. Cont'l Bank Corp.*, 110 S. Ct. 1249, 1254 (1990)).

Therefore, the Court **ORDERS** as follows:

1. This habeas petition is **DISMISSED** without prejudice as **MOOT.**
2. All pending motions, if any, are **DENIED as MOOT.**

3. This case is **CLOSED**.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED on this 6th day of October 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE